930

No. 95–266. JAFFEE, SPECIAL ADMINISTRATOR FOR ALLEN, DECEASED *v.* REDMOND ET AL. C. A. 7th Cir. Certiorari granted.

No. 95–340. UNITED FOOD AND COMMERCIAL WORKERS UNION LOCAL 751 *v.* BROWN GROUP, INC., DBA BROWN SHOE CO. C. A. 8th Cir. Certiorari granted.

No. 94–1818. EQUICOR, INC. *v.* LORDMANN ENTERPRISES, INC. C. A. 11th Cir. Certiorari denied.

No. 95–57. GERMINO *v.* DEPARTMENT OF DEFENSE. C. A. Fed. Cir. Certiorari denied.

No. 95–98. HILLSBOROUGH COUNTY HOSPITAL AUTHORITY, DBA TAMPA GENERAL HOSPITAL, ET AL. *v.* SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 11th Cir. Certiorari denied.

No. 95–105. AMERICAN MUTUAL LIFE INSURANCE CO. ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 95–111. DELCO DEVELOPMENT CO., INC., ET AL. *v.* MECHANICS & FARMERS SAVINGS BANK, F. S. B. Sup. Ct. Conn. Certiorari denied.

No. 95–135. ERHARD *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 95–138. FRIEDMAN *v.* FIDELITY BROKERAGE SERVICES, INC., ET AL. C. A. 8th Cir. Certiorari denied.

No. 95–141. KANOUSE *v.* GUNSTER, YOAKLEY & STEWART, P. A. C. A. 11th Cir. Certiorari denied.